[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Queen v. Wood Cty. Bd. of Revision,* Slip Opinion No. 2015-Ohio-3821.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2015-OHIO-3821

QUEEN ET AL., APPELLEES, *v.* WOOD COUNTY BOARD OF REVISION ET AL., APPELLANTS.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Queen v. Wood Cty. Bd. of Revision,* Slip Opinion No. 2015-Ohio-3821.]

*Taxation—Real-property valuation—Board of Tax Appeals' decision vacated and cause remanded for consideration in light of* Ginter v. Auglaize Cty. Bd. of Revision.

(No. 2013-1828—Submitted September 18, 2014—Decided September 23, 2015.)

APPEAL from the Board of Tax Appeals, No. 2013-2762.

_____

**Per Curiam.**

{¶ 1} The decision of the Board of Tax Appeals is vacated and the cause is remanded for further proceedings in light of *Ginter v. Auglaize Cty. Bd. of Revision*, Slip Opinion No. 2015-Ohio-2571.

Decision vacated

and cause remanded.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Rich & Gillis Law Group, L.L.C., Kelly A. Gorry, and James R. Gorry, for appellants.

_____